EXHIBIT A



# 作品登记证书

登 记 号：闽作登字-2015-F-00034131

作品/制品名称：布艺图案（I2002）　　作品类别：美术

作　　者：郑贤勇　　著作权人：福建省长乐市欣美针纺有限公司

首次发表时间：2014年04月23日　　首次出版/制作日期：无

以上事项，由　著作权人　申请，经　福建省版权局　审核，根据《作品自愿登记试行办法》规定，予以登记。




登记日期：2015年12月21日



Giselle's translate 3/17/2017

# Certificate of Work Registration

Registration No.: Min (the province) work registration-2015-F-00034131

Work/Product Name: Fabric Pattern (12002)

Work Category: Art (or surface design)

Author: ZHENG, XIANYONG (I can't see very well)

Copy right ownership: Fu Jian (Province) Chang Le (City) Xin Mei Textile LLC

Date of First Publishing: 4/23/2014

Date of First Production: n/a

The above is applied by the copyright owner, audited/reviewed by Fu Jian (province) Copyright Bureau, according to the "voluntary work registration" law, and saved for the record.

Date of registration: 12/21/2015

Stamp says: Fu Jian(province) copyright bureau for work registration